UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Janelle Lang, :
: Case No.: 1:14-cv-02355
          Plaintiff, :
v. :
:
Financial Credit Service, Inc. d/b/a :
Asset Recovery Associates, Inc., :
: **COMPLAINT**
          Defendant. :
-------------------------------------------------/

Now comes Plaintiff Janelle Lang (hereinafter referred to as "Plaintiff"), by and through her attorneys, Fredrick Schulman & Associates, Attorneys at Law, and brings this action to recover monetary damages, and declaratory and injunctive relief, against Defendant Financial Credit Service, Inc. d/b/a Asset Recovery Associates, Inc. (hereinafter referred to as "Defendant"), arising from Defendant's violations of 15 U.S.C. §1692 *et seq.*, commonly referred to as the Fair Debt Collection Practices Act (hereinafter referred to as "FDCPA"), which prohibits debt collectors from engaging in false, deceptive, misleading, or unfair collection practices, and respectfully sets forth, complains and alleges, upon information and belief, the following:

**PRELIMINARY STATEMENT**

The FDCPA regulates the behavior of collection agencies attempting to collect a debt on behalf of another. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by debt collectors, and has determined that abusive debt collection practices contribute to a number of personal bankruptcies, marital instability, loss of jobs, and invasions of individual privacy. Congress enacted the FDCPA to eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors

who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote uniform State action to protect consumers against debt collection abuses. 15 U.S.C. §1692(a)-(e).

The elements of an FDCPA claim are (1) the Plaintiff(s) is a consumer under 15 U.S.C. §1692a(3) or §1692c(d); (2) the debt at issue is a consumer debt under 15 U.S.C.§1692a(5); (3) the Defendant is a debt collector under 15 U.S.C. §1692a(6); and (4) that the Defendant has violated, through acts or omissions, some part of the FDCPA.

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, as well as 15 U.S.C. §1692 *et seq*. and 28 U.S.C. §2201. If applicable, the Court also has pendent jurisdiction over any State law claims in this action pursuant to 28 U.S.C. §1367(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b).

## PARTIES

3. Plaintiff is a natural person and a resident of the State of Iowa, Des Moines County.

4. Upon information and belief, Plaintiff's maiden name is Rollins.

5. At all relevant times herein, Plaintiff is a "consumer" as that term is defined in 15 U.S.C. §1692a(3) of the FDCPA.

6. Upon information and belief, Defendant Financial Credit Service, Inc. is an Illinois corporation doing business under the assumed name of Asset Recovery Associates, Inc., also know as ARA, Inc. ("ARA").

7. ARA conducts business from offices located at 1919 S Highland Ave, Suite 225A, Lombard, IL 60148.

8.  Defendant regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

9.  Defendant regularly collects or attempts to collect debts for other parties, and therefore, is a "debt collector" as the phrase is defined in 15 U.S.C. §1692a(6) of the FDCPA.

## FACTS

10. Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "9" herein with the same force and effect as if the same were set forth at length herein.

11. In or around January 2014, Defendant commenced collection activities in an attempt to collect an alleged debt (referred to hereinafter as the "Alleged Debt") from Plaintiff originating from a personal banking account.

12. Upon information and belief, the nature of the Alleged Debt is the type of debt the FDCPA was designed to regulate.

13. On or about January 7, 2014, Defendant mailed a letter to Plaintiff stating that Defendant had acquired the Alleged Debt and Plaintiff owed Defendant $1,148.10. (See Collection Letter, attached hereto and incorporated herein by reference as "Exhibit A")

14. Upon information and belief, Plaintiff has already satisfied the Alleged Debt in full.

15. Plaintiff has a paid in full letter regarding the Alleged Debt, dated January 29, 2013. (See Paid in Full Letter, attached hereto and incorporated herein by reference as "Exhibit B").

16. As a result of Defendant's violation of the FDCPA, Plaintiff is entitled to an award of statutory damages and all costs and reasonable attorney's fees pursuant to the relevant provisions of the FDCPA.

## FIRST CAUSE OF ACTION
## VIOLATION OF 15 U.S.C. § 1692f(1)

17.     Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "16" herein with the same force and effect as if the same were set forth at length herein.

18.     Defendant's conduct violated 15 U.S.C. §1692f(1) in that Defendant attempted to collect an amount not authorized by an agreement and not permitted by law when it tried to collect the Alleged Debt which Plaintiff does not owe.

19.     As a result of Defendant's violations of the FDCPA, Plaintiff has been damaged and is therefore entitled to damages in accordance with the FDCPA.

### SECOND CAUSE OF ACTION
### (Violations of 15 U.S.C §1692e)

20.     Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "19" herein with the same force and effect as if the same were set forth at length herein.

21.     Defendant's conduct violated 15 U.S.C. §1692e, in that Defendant made false, deceptive, and/or misleading representations in connection with the collection of the Alleged Debt.

22.     As a result of Defendant's violations of the FDCPA, Plaintiff has been damaged and is therefore entitled to damages in accordance with the FDCPA.

### DEMAND FOR TRIAL BY JURY

23.     Plaintiff respectfully requests a trial by jury for all claims and issues in this complaint.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Janelle Lang demands judgment against the Defendant Financial Credit Service, Inc. d/b/a Asset Recovery Associates, Inc. as follows:

A.   For statutory damages provided and pursuant to 15 U.S.C. Sec.1692k(2)(A):

B.   For attorneys' fees and costs provided and pursuant to 15 U.S.C. Sec. 1692k(a)(3);

C.  For a declaration that the Defendant is subject to the requirements of the FDCPA and its practices, as alleged herein, violated the FDCPA; and,

D.  For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated: April 1, 2014

                                      Respectfully submitted,

                                      By: /s/David J. Copp

                                      David J. Copp
                                      Attorney for Plaintiff
                                      Of Counsel
                                      Fredrick Schulman & Associates
                                      30 East 29TH Street
                                      New York, New York 10016
                                      Telephone (212)796-6053
                                      / (312) 469 - 0707
                                      Fax (212) 951-7379
                                      Email: info@fschulmanlaw.com